```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NOSIRRAH MANAGEMENT, LLC, A           :
DELAWARE LIMITED LIABILITY            :
COMPANY, MARK RUBENSTEIN, AND         :
CALENTURE, LLC, A NEW YORK            :
LIMITED LIABILITY COMPANY,            :
                           Plaintiff, :
            -against-                 :
                                      :
SILVERSUN TECHNOLOGIES, INC.,         :
                                      :
                  Nominal Defendant,  :
                                      :
            -and-                     :
                                      :
AULT GLOBAL HOLDINGS, INC., AND       :
DIGITAL POWER LENDING, LLC,           :
                                      :
                         Defendants.  :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/21
```

21-CV-8256 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 10, 2021, the Court ordered Plaintiffs to file their Amended Complaint on or before December 17, 2021, *see* Dkt. 18;

    WHEREAS on December 14, 2021, Defendants Ault Global Holdings, Inc. and Digital Power Lending, LLC filed a motion to dismiss the Complaint, Not. of Mot., Dkt. 22; and

    WHEREAS on December 17, 2021, Plaintiffs filed an Amended Complaint, *see* Dkt. 24;

    IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. Pursuant to the Court's December 10, 2021 order, Defendants must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint not later than **January 17, 2022**.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at Docket 22.

**SO ORDERED.**

                                                                                  _____

**Date: December 20, 2021**　　　　　　　　　　　　**VALERIE CAPRONI**
        **New York, New York**　　　　　　　　　**United States District Judge**